

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00359-CV

## IN THE INTEREST OF D.R., F.A.R., AND B.C.S.R., CHILDREN

**From the 249th District Court
Johnson County, Texas
Trial Court No. D200706337**

## MEMORANDUM OPINION

Appellant, Gladys Camille Valentin, filed a notice of appeal from an adverse judgment issued by the trial court. Now, Valentin has filed a "Notice of Dismissal" requesting that the appeal be dismissed and stating that she needs to proceed on another matter in the trial court and that the trial court will not have jurisdiction in this other matter if the appeal is not dismissed.

Accordingly, without regard to the stated reason Valentin wants the appeal dismissed, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed August 4, 2010
[CV06]